UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M Company and 3M Innovative Properties Company,<br><br>        Plaintiffs,<br><br>   v.<br><br>Carlisle Fluid Technologies, Inc. and Saint-Gobain Abrasives, Inc.,<br><br>        Defendants/<br>        Counterclaimant | Court File No. 0:15-cv-02565-ADM-JSM |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between all parties through their respective attorneys that the above-captioned case, including all claims and counterclaims therein, is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party bearing its own attorneys' fees and costs.

| | |
|---|---|
|     s/ Bethany D. Krueger |     s/ Mark P. Hodkinson |
| Bethany D. Krueger (#0306368) | Mark P. Hodkinson (#159189) |
| GREENE ESPEL PLLP | BASSFORD REMELE |
| Campbell Mithun Tower - Suite 2200 | 33 South Sixth Street, Suite 3800 |
| 222 South Ninth Street Minneapolis, MN 55402-3362 | Minneapolis, MN 55402-3707 |
| Tel: (612) 373-8353 | Tel: (612) 333-3000 |
| Fax: (612) 373-0929 | Fax: (612) 746-1216 |
| bkrueger@greeneespel.com | mhodkinson@bassford.com |
| | |
| Of Counsel: | Of Counsel: |
| Stephen M. Hash, (TX #24012800) | Robert A. Vitale, Jr. (IL# 6192657) |
| Baker Botts | Laura A. Kenneally (IL# 6289913) |
| 98 San Jacinto Blvd., Suite 1500 | NIRO, HALLER & NIRO |
| Austin, Texas 78701 | 181 W. Madison, Suite 4600 |
| Tel: (512) 322-2587 | Chicago, IL 60602-4635 |
| Fax: (512) 236-3687 | Tel:(312) 236-0733 |
| Stephen.hash@bakerbotts.com | Fax: (312) 236-3137 |
| | vitale@nshn.com; lkenneally@nshn.com |
| Attorneys for Plaintiffs 3M Company and 3M Innovative Properties Company | Attorneys for Defendant Carlisle Fluid Technologies, Inc. |
| DATE: October 6, 2015 | DATE: October 6, 2015 |

    s/ Lora M. Friedemann

Lora M. Friedemann (#0259615)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7185
lfriedemann@fredlaw.com

Of Counsel:
Harold J. McElhinny (CA#66781)
Jack W. Londen (CA#85776 )
Andrew E. Monach (CA# 87891)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105-2482
Telephone: 415-268-7000
hmcelhinny@mofo.com

jlonden@mofo.com
amonach@mofo.com

Attorneys for Defendant-Counterclaimant
Saint-Gobain Abrasives, Inc.

DATE: October 6, 2015