UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M Company and 3M Innovative Properties Company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Carlisle Fluid Technologies, Inc. and Saint-Gobain Abrasives, Inc.,<br><br>　　　　　Defendants/<br>　　　　　Counterclaimant | Court File No. 0:15-cv-02565-ADM-JSM<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　Based upon the Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) filed by the parties on October 6, 2015 [Docket No.34], this action is dismissed without prejudice and without costs or disbursements to any party.

　　LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  October 13, 2015　　　　　　s/Ann D. Montgomery
　　　　　　　　　　　　　　　　　ANN D. MONTGOMERY
　　　　　　　　　　　　　　　　　United States District Judge